

Scott Talmadge
+1 212 836 8000 office
Scott.Talmadge@kayescholer.com

250 West 55th Street
New York, New York 10019-9710
+1 212 836 8000 main
+1 212 836 6525 fax
www.kayescholer.com

August 5, 2016

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: *Muhammad v. Motor Parkway Enterprises, Inc.*
       1:16-cv-03817

Dear Judge Azrack:

  Our firm represents Sohail Muhammad ("Mr. Muhammad"), the appellant in the above referenced matter. In accordance with Section III(B) of Your Honor's individual rules of practice, we respectfully request a thirty (30) day extension to file our Appellant Brief and an extension for Motor Parkway Enterprises, Inc. ("Motor Parkway") of thirty (30) days to file its Appellee Brief.

  Mr. Muhammad's Appellant Brief is currently due by August 10, 2016. We respectfully request that the Court modify the parties' deadlines as follows:

- Appellant Brief: September 6, 2016
- Appellee Brief: October 6, 2016
- Reply Brief: October 20, 2016.

  These extensions do not affect any other scheduled dates. No previous requests for adjournment or extension have been made in this matter. Counsel for Motor Parkway has advised us that they consent to our extension request.

       Respectfully,

       */s/ Scott D. Talmadge*

       Scott D. Talmadge

cc: Michael Macco, Esq. (via ECF and e-mail)

Chicago   Los Angeles   Shanghai
Frankfurt   New York   Washington, DC
London   Palo Alto   West Palm Beach

Letter for Extension of Time - Azrack